AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Delaware

NORTH AMERICAN ELITE INSURANCE COMPANY as subrogee of 1212 CORPORATION, INC.,

      Plaintiff

v.

MOORWAY PAINTING MANAGEMENT CONTRACTING CO. INC., MOORWAY CONSTRUCTION SERVICES, INC. and RAHIM EL t/a MOORWAY PAINTING AND CONTRACTING COMPANY and/or t/a MOORWAY CONSTRUCTION SERVICES,

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:
08-256-GMS

TO: (Name and address of Defendant)

RAHIM EL
3037 N. Market Street
Wilmington, DE 19802

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sean J. Bellew, Esquire
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

PETER T. DALLEO

DATE

JUL 17 2008

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>7/30/08 |
| NAME OF SERVER (PPJNT)<br>KEVIN S. DUNN | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒  Served personally upon the defendant. Place where served:   3037 N. MARKET ST. WILMINGTON, DE

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/30/08
                    Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.