**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NORTH AMERICAN ELITE INSURANCE COMPANY as subrogee of 1212 CORPORATION, INC. | : : | |
| Plaintiff | : | |
| v. | | C.A. No.: 08-256-GMS |
| MOORWAY PAINTING MANAGEMENT CONTRACTING CO., INC., MOORWAY CONSTRUCTION SERVICES, INC., and RAHIM EL t/a MOORWAY PAINTING and CONTRACTING COMPANY and/or t/a MOORWAY CONSTRUCTION SERVICES | : : : : : | JURY TRIAL DEMANDED |
| Defendants | : : | |

**JOINT STATUS REPORT**

1. <u>Jurisdiction and Service</u>:  The Court has jurisdiction in this matter on the grounds of diversity of citizenship pursuant to 28 U.S.C. §1332.  The plaintiff and the defendants herein are subject to the Court's jurisdiction.  Service has not been made upon third party defendant Ruiz Roofing as that party could not be found.

2. <u>Substance of the Action</u>.  This lawsuit is a property damage subrogation action brought by North American Elite Insurance Company as the subrogee of 1212 Corporation which owned a building located in Wilmington.  The building was damaged by a fire which occurred during the course of restoration work being performed by defendants and/or by the defendants' subcontractor, Ruiz Roofing.

3. <u>Identification of Issues</u>:  There is no factual dispute that the fire did occur; that the fire did cause damages to 1212 Corporation's building; and, that the fire was caused by the defendants' subcontractor, Ruiz Roofing, in the course of its use of a torch to perform roofing work on the building.  There is an issue as to whether the defendants as a general contractor have liability for their own conduct, and/or for the conduct of their subcontractor.  There is also a factual issue as to the amount of the recoverable damages sustained by the plaintiff's subrogor.

4. <u>Narrowing of Issues</u>:  There are no dispositive motions pending, and the parties do not anticipate filing any dispositive motions.

5. <u>Relief Sought</u>:  Plaintiff seeks recovery on its subrogation claim in the amount of $164,338.06, together with interest.  The amount of damages is based upon plaintiff's calculation of the repair costs and other losses, determined during an adjustment of the property damage claim.

6. <u>Amendment of Pleadings</u>:  None are contemplated at this time.

7. <u>Joinder of Parties</u>:  Defendants attempted to join third party defendant Ruiz Roofing, but Ruiz Roofing could not be found, and thus service has not been made upon it.  Only in the event that Ruiz Roofing is found, would another party be joined in this matter.

8. <u>Discovery</u>:  The parties contemplate completing discovery within the next four (4) to six (6) months.  The parties believe that discovery can be limited to two to three depositions per party.

9. <u>Estimated Trial Length</u>:  Two to three days.

10. <u>Jury trial</u>:  Yes.

11. <u>Settlement</u>:  Yes, there have been settlement discussions, and the prospects for a settlement are good.  Both parties are amenable to referring the matter to the Magistrate for mediation or to another ADR mechanism.

12. <u>Other Matters</u>: None at this time.

13. <u>Statement of Counsel</u>:  The below undersigned counsel state that they have conferred on each of the above matters.

|  |  |
|---|---|
| *Of Counsel:*<br><br>Gerard F. Belz, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone:  215-665-2013<br>Facsimile:  215-665-2013<br>Email:  gbelz@cozen.com | Respectfully submitted,<br><br>*/s/ Joseph J. Bellew*<br>Joseph J. Bellew (No. 4816)<br>Cozen O'Connor<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>Telephone:  (302)  295-2000<br>Facsimile:  (302) 295-2013<br>Email:  jbellew@cozen.com<br>*Attorneys for Plaintiff*<br><br>*/s/ Maria J. Poehner*<br>Maria J. Poehner (No. 3213)<br>Law Offices of Jeffrey H. Eiseman<br>1000 West Street, Suite 1213 |

2

        Wilmington, DE  19801
        Telephone: (215) 446-7670
        Email:  maria.poehner@thehartford.com
        Attorneys for Defendants