

# COZEN
# O'CONNOR

A PROFESSIONAL CORPORATION

SUITE 1400   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

May 14, 2010

**Joseph J. Bellew**
Direct Phone 302.295.2025
Direct Fax    215.701.2431
jbellew@cozen.com

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lockbox 19
Wilmington, Delaware 19801

Re:   *North American Elite Insurance Company v. Moorway Painting Management Contracting Co., Inc., et al.*
      **C.A. No. 08-256 (GMS)**

Dear Chief Judge Sleet:

I am writing to advise Your Honor that the above-captioned matter has been settled and the conference call scheduled for 10:00 a.m. today can be cancelled. An appropriate Stipulation of Dismissal will be filed after the settlement documents have been finalized.

Should Your Honor have any questions pertaining to the same please advise. Otherwise, we anticipate filing a Stipulation of Dismissal shortly.

Respectfully,

COZEN O'CONNOR

By:  Joseph J. Bellew (#4816)

JJB:mm

cc:   Clerk of Court (via Hand Delivery)
      Maria J. Poehner, Esq. (via CM/ECF)